| United States District Court | DISTRICT<br>Eastern District of Pennsylvania |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Tong Wu | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>18-730-M |

Complaint for violation of Title 18 United States Code § 1073

| NAME OF JUDGE OR MAGISTRATE<br>Honorable Lynne A. Sitarski | OFFICIAL TITLE<br>U.S. Magistrate Judge | LOCATION<br>Philadelphia, PA |
|---|---|---|
| DATE OF OFFENSE<br>March 26, 2018 | PLACE OF OFFENSE<br>Philadelphia, PA | ADDRESS OF ACCUSED (if known)<br>1023 Arch Street, Philadelphia, PA (Previous Known Address) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about March 26, 2018, in Philadelphia, in the Eastern District of Pennsylvania, defendant Tong Wu, did unlawfully travel in interstate commerce from Philadelphia, Pennsylvania, to the state of New Jersey, to avoid prosecution for homicide, which crime is a felony under the laws of the Commonwealth of Pennsylvania in violation of Title 18 United States Code, Section 1073.

In addition, on or about April 19, 2018, defendant Tong Wu did unlawfully travel in interstate commerce from the United States of America, to Tijuana, Mexico and boarded a flight bound for Peking, China.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

SEE AFFIDAVIT ATTACHED HERETO.

MATERIAL WITNESSES IN RELATION AGAINST THE ACCUSED:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br>Brian A. Hefner |
|---|---|
| | OFFICIAL TITLE<br>Special Agent, Federal Bureau of Investigation |

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE (1)<br>*Lynne A. Sitarski*<br>Honorable Lynne A. Sitarski, United States Magistrate Judge | DATE<br>5/7/2018 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.

1.	On March 26, 2018, the Philadelphia Police Department responded to 1023 Arch Street, Philadelphia Pennsylvania for a report of a person with a weapon. Upon arrival the Philadelphia Police were directed to the victim, who was observed at the bottom of the basement steps. The victim had visible stab/puncture wounds to his lower torso, one to the left flank and the second to the mid-lower back. The victim was pronounced dead on the scene at 6:02 a.m.

2.	As a result of their investigation, the Philadelphia Police Department's Homicide Unit determined Tong Wu was responsible for the above stabbing. On March 26, 2018, the Homicide Unit obtained an arrest warrant for Tong Wu, issued in the Commonwealth of Pennsylvania, charging him with murder and possessing an instrument of crime. See attached arrest warrant.

3.	On or about March 27, 2018, the Philadelphia Police Department asked for FBI assistance in locating and arresting Wu. Attempts to locate and arrest Wu were made with negative results.

4.	On or about April 19, 2018, Philadelphia Police Detective, Timothy Bass, assigned to the Homicide Unit, received information from Homeland Security that Wu had boarded a flight in Tijuana, Mexico on the morning of April 19, 2018 with a destination of Peking, China. Based on information provided by Homeland Security, flight records were reviewed and it was verified that Wu had boarded a one way flight on Hainan Airlines flight 7926 on April 19, 2018 bound for Peking, China with an arrival date of April 20, 2018.

5.	Due to the above facts, your affiant believes Tong Wu has fled the Eastern District of Pennsylvania, in violation of Title 18 United States Code Section 1073.

Brian A. Hefner
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me
this 7th day of May, 2018

Lynne A. Sitarski
United States Magistrate Judge

# WARRANT OF ARREST

Commonwealth of Pennsylvania
Philadelphia Municipal Court

County of: Philadelphia
First Judicial District



Original

COMMONWEALTH OF PENNSYLVANIA
v.
**TONG WU**

| Issuing Authority |
|---|
| **AC Magistrate JANE RICE** |

Defendant's Address(s):

1023 Arch ST Philadelphia, PA 19106

Citation/Complaint No : COM-0001502-2018
Docket No :
Warrant Control No : **WAR-0001502-2018**
Date Citation/Complaint Filed : 03/26/2018

Charge(s):

| Code | Grade | Description | Count |
|---|---|---|---|
| CC2502 | H | MURDER | 1 |
| CC0907 | M1 | PIC | 1 |

Additional charges, if any, are listed on separate page

**DESCRIPTIVE INFORMATION:**

Social Security Number:
Sex: **Male**
Date of Birth:
Telephone Number: **(215)000-0000**

Age: **23**
Height: **5'11**
Weight: **230**

Race: **Asian or Pacific Islande**
Eye Color: **Brown**
Hair Color: **Black**

**Distinguishing features (scars, tattoos, facial hair, disability, etc):**
Suspect has a Chinese Passport. The passport ID number is as follows: E17961797. He has a Date of birth of 04/15/1994

Alias(es):

TO POLICE OFFICER:

In the name of the Commonwealth of Pennsylvania, you are commanded to take    **TONG WU,**
the defendant, into custody for 114 Criminal homicide by willful killing, murder & non-negligent manslaughter by knife or cutting instrument
Issued under my hand this  26  day of **March , 2018**

Signature    Issuing Authority