UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA :

    v. : MAGISTRATE NO. 18-730-M

TONG WU

## MOTION TO DISMISS COMPLAINT AND WARRANT

The United States of America, by its attorneys, Jennifer A. Williams, Acting United States Attorney for the Eastern District of Pennsylvania, and David Joanson, a Special Assistant United States Attorney for the District, respectfully moves this Court to dismiss the Complaint and Warrant in the above entitled case and in support of this Motion avers:

1. On May 7, 2018, an arrest warrant, charging defendant TONG WU with Unlawful Flight to Avoid Prosecution, in violation of Title 18, United States Code, Section 1073, was issued by the Honorable Lynne A. Sitarski, United States Magistrate Judge, Eastern District of Pennsylvania.

2. Following an exhaustive manhunt for WU, WU was located in China, but the United States and China do not share an extradition treaty. Members of Chinese law enforcement agreed to review evidence against WU and possibly prosecute WU in China. However, the Philadelphia District Attorney's office denied the request. Due to the aforementioned facts and other investigative priorities, the Federal Bureau of Investigation will be closing their fugitive investigation into locating WU and as such, the Government is dismissing the Unlawful Flight to Avoid Prosecution warrant.

Respectfully submitted,

Jennifer A. Williams
Acting United States Attorney

_____
David Joanson
Special Assistant United States Attorney

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA   :

    v.   :   MAGISTRATE NO. 18-730-M

TONG WU

O R D E R

AND NOW, this 17th day of August, 2021, upon consideration of the within Motion, it is hereby

ORDERED

that the Complaint and Warrant charging the defendant with a violation of Title 18, United States Code, Section 1073 be and the same is hereby dismissed.

BY THE COURT

*s/Richard A. Lloret*
Richard A. Lloret
UNITED STATES MAGISTRATE JUDGE

AO 91, Rev. 11/82 (David Joanson Authorizing)   Ⓓ Ⓨ.   **CRIMINAL COMPLAINT**   USAO EDPA 18-049

| | |
|---|---|
| **United States District Court** | **DISTRICT** Eastern District of Pennsylvania |
| UNITED STATES OF AMERICA v. Tong Wu | DOCKET NO. |
| | MAGISTRATE'S CASE NO. 18-730-M |

Complaint for violation of Title 18 United States Code § 1073

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE | LOCATION |
|---|---|---|
| Honorable Lynne A. Sitarski | U.S. Magistrate Judge | Philadelphia, PA |

| DATE OF OFFENSE | PLACE OF OFFENSE | ADDRESS OF ACCUSED (if known) |
|---|---|---|
| March 26, 2018 | Philadelphia, PA | 1023 Arch Street, Philadelphia, PA (Previous Known Address) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about March 26, 2018, in Philadelphia, in the Eastern District of Pennsylvania, defendant Tong Wu, did unlawfully travel in interstate commerce from Philadelphia, Pennsylvania, to the state of New Jersey, to avoid prosecution for homicide, which crime is a felony under the laws of the Commonwealth of Pennsylvania in violation of Title 18 United States Code, Section 1073.

In addition, on or about April 19, 2018, defendant Tong Wu did unlawfully travel in interstate commerce from the United States of America, to Tijuana, Mexico and boarded a flight bound for Peking, China.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

SEE AFFIDAVIT ATTACHED HERETO.

MATERIAL WITNESSES IN RELATION AGAINST THE ACCUSED:

Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

SIGNATURE OF COMPLAINANT (official title)
Brian A. Hefner

OFFICIAL TITLE
Special Agent, Federal Bureau of Investigation

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE (1)
Honorable Lynne A. Sitarski, United States Magistrate Judge

DATE 5/7/2018

1) See Federal Rules of Criminal Procedure rules 3 and 54.

442 (Rev 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
v.
Tong Wu

**WARRANT FOR ARREST**

CASE NUMBER: 18-730-M

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Tong Wu

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation notice  ☐ Probation violation petition

charging him or her with (brief description of offense)

Unlawful Flight to Avoid Prosecution for a homicide in violation of Title 18, United States Code, Section 1073, as more fully set forth in the attached complaint.

In violation of Title 18 United States Code, Section(s) 1073

Honorable Lynne A. Sitarski
Name of Issuing Officer

*[signature: Lynne A. Sitarski]*
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Philadelphia, PA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | Brian A. Hefner, Special Agent, Federal Bureau of Investigation |  |
| DATE OF ARREST |  |  |

D Joanson Authorizing

1. On March 26, 2018, the Philadelphia Police Department responded to 1023 Arch Street, Philadelphia Pennsylvania for a report of a person with a weapon. Upon arrival the Philadelphia Police were directed to the victim, who was observed at the bottom of the basement steps. The victim had visible stab/puncture wounds to his lower torso, one to the left flank and the second to the mid-lower back. The victim was pronounced dead on the scene at 6:02 a.m.

2. As a result of their investigation, the Philadelphia Police Department's Homicide Unit determined Tong Wu was responsible for the above stabbing. On March 26, 2018, the Homicide Unit obtained an arrest warrant for Tong Wu, issued in the Commonwealth of Pennsylvania, charging him with murder and possessing an instrument of crime. See attached arrest warrant.

3. On or about March 27, 2018, the Philadelphia Police Department asked for FBI assistance in locating and arresting Wu. Attempts to locate and arrest Wu were made with negative results.

4. On or about April 19, 2018, Philadelphia Police Detective, Timothy Bass, assigned to the Homicide Unit, received information from Homeland Security that Wu had boarded a flight in Tijuana, Mexico on the morning of April 19, 2018 with a destination of Peking, China. Based on information provided by Homeland Security, flight records were reviewed and it was verified that Wu had boarded a one way flight on Hainan Airlines flight 7926 on April 19, 2018 bound for Peking, China with an arrival date of April 20, 2018.

5. Due to the above facts, your affiant believes Tong Wu has fled the Eastern District of Pennsylvania, in violation of Title 18 United States Code Section 1073.

_____
Brian A. Hefner
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me
this 7TH day of May, 2018

_____
Lynne A. Sitarski
United States Magistrate Judge

Commonwealth of Pennsylvania
Philadelphia Municipal Court

County of: Philadelphia
First Judicial District



# WARRANT OF ARREST

Original

COMMONWEALTH OF PENNSYLVANIA
V.
**TONG WU**

| Issuing Authority |
|---|
| AC Magistrate JANE RICE |

Defendant's Address(s):

1023 Arch ST Philadelphia, PA 19106

Citation/Complaint No : **COM-0001502-2018**
Docket No :
Warrant Control No : **WAR-0001502-2018**
Date Citation/Complaint Filed : **03/26/2018**

Charge(s):

| Code | Grade | Description | Count |
|---|---|---|---|
| CC2502 | H | MURDER | 1 |
| CC0907 | M1 | PIC | 1 |

Additional charges, if any, are listed on separate page

DESCRIPTIVE INFORMATION:

Social Security Number:
Sex: **Male**
Date of Birth: **04/15/1994**
Telephone Number: **(215)000-0000**

Age: **23**
Height: **5'11**
Weight: **230**

Race: **Asian or Pacific Islande**
Eye Color: **Brown**
Hair Color: **Black**

Distinguishing features (scars, tattoos, facial hair, disability, etc):
Suspect has a Chinese Passport. The passport ID number is as follows: E17961797. He has a Date of birth of 04/15/1994

Alias(es):

TO POLICE OFFICER:

In the name of the Commonwealth of Pennsylvania, you are commanded to take **TONG WU,** the defendant, into custody for 114 Criminal homicide by willful killing, murder & non-negligent manslaughter by knife or cutting instrument

Issued under my hand this 26 day of **March , 2018**

Signature    Issuing Authority

NG WU,    DC#: 1806012570    Page 1 of 1    00880    Printed: 03/27/2018 01:01 PM